1:24-cr-00004-LEW

## **Indictment Synopsis**

| | |
|---|---|
| **Name:** | John Doe A/K/A "Jorge" |
| **Address:** (City & State Only) | Unity, ME |
| **Year of Birth and Age:** | Unknown |
| **Violations:** | **Count 1**: Possession with intent to distribute 50 grams or more of methamphetamine, a mixture or substance containing fentanyl, and a mixture or substance containing cocaine base. See 21 U.S.C. §§841(a) and (b)(1)(A) & (C). |
| **Penalties:** | **Count 1**: Mandatory minimum term of ten years imprisonment and up to life imprisonment, $10,000,000 fine, or both. See 21 U.S.C. § 841(b)(1)(A) |
| **Supervised Release:** | **Count 1**: Five years minimum and up to life. See 21 U.S.C. § 841(b)(1)(A). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | **Count 1**: Five years per violation. 18 U.S.C. § 3583(e)(3). |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | **Count 1**: Life, less any term of imprisonment imposed upon revocation. See 18 U.S.C. §3583(h). |
| **Defendant's Attorney:** | NA |
| **Primary Investigative Agency and Case Agent Name:** | HSI / Chase Ossinger |
| **Detention Status:** | State Custody, Warrant of Arrest to Issue, Writ to issue for initial appearance |
| **Foreign National:** | Unknown |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | Penobscot |
| **AUSA:** | Ethan R. Plaut |

| | |
|---|---|
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution?  Y/N** | No |
| **Assessments:** | $100.00 per count |